James K. PENDERGRASS, Jr., Escrow Agent, Plaintiff,

v.

Donald SULLIVAN, a/k/a James D. Sullivan, Defendant–Appellant,

United States of America, Defendant–Appellee.

No. 15–1167.

United States Court of Appeals, Fourth Circuit.

Submitted: June 25, 2015.

Decided: June 29, 2015.

Donald Sullivan, Appellant Pro Se. Michael J. Haungs, Supervisory Attorney, Robert Joel Branman, Lee Perla, United States Department of Justice, Washington, D.C., for Appellee.

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Sullivan appeals the district court's order granting summary judgment in favor of the United States in an interpleader action. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Pendergrass v. Sullivan*, No. 5:14–cv–00287–FL (E.D.N.C. Jan. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*